United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 13-13304-FMD
Kristal Mading                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-9        User: bugayd            Page 1 of 1              Date Rcvd: Oct 16, 2015
                            Form ID: Docondcl       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2015.
```
db             +Kristal Mading,    24576 Amarillo Street,    Bonita Springs, FL 34135-7096
cr             +The Bank of New York Mellon fka The Bank of New Yo,    Clarfield, Okon, Salomone & Pincus, PL,
                 500 S Australian Avenue, Ste 730,    West Palm Beach, FL 33401-6237
23944539        Department of Revenue,    PO Box 6668,    Tallahassee, FL 32314-6668
23944532        HSBC Card Services,    P.O. Box 5222,    Carol Stream, IL 60197-5222
23944535        Ocwen Loan Servicing,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
24338909        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
23944537       +Ward, Damon, Posner, Pheterson & Bleau,,    4420 Beacon Circle,    West Palm Beach, FL 33407-3281
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2015 22:51:27     Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2015 22:48:27     Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,    25 SE Second Avenue, Ste 1120,    Miami, FL 33131-1605
23989584       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2015 22:51:27
                 Asset Acceptance LLC / Assignee / Chase Bank - Her,    Po Box 2036,    Warren MI 48090-2036
23944538        E-mail/Text: cio.bncmail@irs.gov Oct 16 2015 22:50:58     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
24279196        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2015 22:48:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of OSI,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
23944533       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2015 22:51:29     Midland Credit Management Inc.,
                 P.O. Box 60578,    Los Angeles, CA 90060-0578
23944534       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2015 22:51:29     Midland Funding LLC,
                 8875 Aero Drive #200,    San Diego, CA 92123-2255
23944536        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2015 22:48:17
                 Portfolio Recovery Associates LLC,    120 Corporate Blvd.,    Norfolk, VA 23502
23986288        E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2015 22:48:17
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2015 at the address(es) listed below:
```
              Adrian R Lynn    on behalf of Debtor Kristal  Mading pacer@adrianlynn.com
              Jon Waage    jwflecf@trustee13.com
              Jon Waage    on behalf of Trustee Jon  Waage jwflecf@trustee13.com
              ReShaundra M Suggs    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Successor Trustee for JPMORGAN CHASE BANK N.A., as Trustee for NovaStar Mortgage Funding
               Trust, Series 2005-1 NovaStar Home Equity Loan Asset-B bkcmecf@cosplaw.com,
               tbougouneau@cosplaw.com
              United States Trustee - FTM7/13, 7    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                              TOTAL: 5
```

[Docondcl] [District Order Conditionally Closing]

ORDERED.

**Dated: October 16, 2015**

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 9:13−bk−13304−FMD
                                                          Chapter 13
Kristal Mading
aka Kristal Inez Mading
aka Kristal Inez Stewart
aka Kristal Stewart Mading

_____Debtor*_____/

*ORDER APPROVING ACCOUNT AND*
*CONDITIONALLY CLOSING ESTATE WITHOUT ENTRY OF DISCHARGE*

   The Court finds that the trustee in the above−captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate.

   The Debtor has not filed a certificate of completion of an instructional course concerning personal financial management required by 11 U.S.C. § 1328(g) and the Debtor is not entitled to receive a discharge.

   *ORDERED:*

   1. This case is administratively closed subject to the Debtor's filing a certificate of completion of an instructional course concerning personal financial management and/or certification regarding domestic support obligations and 11 U.S.C. 522(q) within 30 days of the entry of this order. If the Debtor files a certificate within the 30−day period, the Clerk shall review the case for entry of a discharge without the requirement for the Debtor to file a motion to reopen and pay a reopening fee.

   2. If the Debtor does not file a certificate of completion and/or certification regarding domestic support obligations and 11 U.S.C. § 522(q) within the 30−day period, the final account is approved, and the estate is closed without further notice, hearing, or order. The Trustee is discharged from and relieved of the trust, the bond of the Trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except and liability which may have accrued during the time such bond was in effect.

   3. All motions/objections/applications that have not been resolved are denied as moot.

   4. The Clerk shall dispose of any exhibits left unclaimed in any matter or proceeding unless notified by the appropriate party within 30 days.

Case 2:13-bk-13304-FMD    Doc 42    Filed 10/18/15    Page 3 of 3


The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.